1  JINSHU ZHANG (SBN 166981)
   john.zhang@dentons.com
2  FELIX WOO (SBN 208107)
   felix.woo@dentons.com
3  **DENTONS US LLP**
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5
   Attorneys for Plaintiff
6  SENTAIDA INTERNATIONAL, INC., d/b/a
   SENTURY TIRE AMERICAS
7
   WILLIAM J. ROBINSON (SBN 83729)
8  wrobinson@foley.com
   **FOLEY & LARDNER LLP**
9  555 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2411
10 Telephone: (213) 972-4500

11 Attorneys for Defendants
   TOYO TIRE AND RUBBER CO., LTD.,
12 TOYO TIRE HOLDINGS OF AMERICAS
   INC., TOYO TIRE U.S.A. CORP., NITTO
13 TIRE U.S.A. INC., AND TOYO TIRE
   NORTH AMERICA MANUFACTURING
14 INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SENTAIDA INTERNATIONAL, INC., d/b/a SENTURY TIRE AMERICAS,<br><br>            Plaintiff,<br><br>    v.<br><br>TOYO TIRE AND RUBBER CO., LTD., TOYO TIRE HOLDINGS OF AMERICAS INC., TOYO TIRE U.S.A. CORP., NITTO TIRE U.S.A. INC., AND TOYO TIRE NORTH AMERICA MANUFACTURING INC.,<br><br>            Defendants. | Case No. SA CV14-1457 AG (ANx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)** |

Case No. SA CV14-1457 AG (ANx)                                                  STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sentaida International, Inc., d/b/a Sentury Tire Americas ("Sentury") and Defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire Holdings of Americas, Inc., Toyo Tire U.S.A. Corp., Nitto Tire U.S.A. and Toyo Tire North America Manufacturing Inc. (collectively the "Toyo Parties"), through their respective counsel, as follows:

1. This action is dismissed in its entirety with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

2. Each of the parties will bear their own costs and attorneys' fees.

Dated: February 18, 2015         **DENTONS US LLP**

By: _____/s/ Felix T. Woo_____
         Felix T. Woo

Attorneys for Plaintiff
SENTAIDA INTERNATIONAL, INC.,
d/b/a SENTURY TIRE AMERICAS

Dated: February 18, 2015         **FOLEY & LARDNER LLP**

By: _____/s/ William J. Robinson_____
         William J. Robinson

Attorneys for Defendants
TOYO TIRE AND RUBBER CO.,
LTD., TOYO TIRE HOLDINGS OF
AMERICAS INC., TOYO TIRE U.S.A.
CORP., NITTO TIRE U.S.A. INC.,
AND TOYO TIRE NORTH AMERICA
MANUFACTURING INC.

- 1 -

Case No. SA CV14-1457 AG (ANx)                STIPULATED DISMISSAL WITH PREJUDICE

## CERTIFICATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Felix Woo, the ECF User whose identification and password are being used to file the foregoing STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 18, 2015                     /s/ Felix T. Woo
                                               Felix T. Woo